USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE WOODLEY,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

19-CV-8431 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 19, 2020, the Court ordered the parties to discuss whether they were willing to consent to conducting all further proceedings before Magistrate Judge Freeman. Within two weeks of that order, the parties were to either submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Orders & Judgments Clerk or file a joint letter advising the Court that the parties did not consent to proceedings before Judge Freeman. To date, however, the parties have not notified the Court of their decision. Accordingly, no later than April 30, 2020, the parties must confer telephonically and notify the Court whether they consent to proceedings before Judge Freeman.

SO ORDERED.

Dated:    March 18, 2020
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge