UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE WOODLEY,

            Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/1/2020

19-CV-8431 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 18, 2020, the Court ordered the parties to discuss whether they were willing to consent to conducting all further proceedings before Magistrate Judge Freeman. Dkt. 12. The parties were ordered to confer and respond within two weeks. *Id.* On April 8, the Court reminded the parties that they were to notify the Court whether they consented to proceeding before Judge Freeman and ordered them to respond no later than April 30. Dkt. 14.

      To date, the parties have not responded to the Court's order. No later than June 8, 2020, the parties must confer by telephone and notify the Court whether they consent to proceeding before Judge Freeman.

SO ORDERED.

Dated:    June 1, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge